In the Matter of Proving the Last Will and Testament of DAVID PRICE, Deceased, as a Will of Real and Personal Property. ROSE TEPPER and Others, Appellants;

SADIE PRICE, Executrix, etc., Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.